

# Missouri Court of Appeals
## Southern District

**AUGUST 29, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.  Case No.  SD32805

    Re:  STATE OF MISSOURI,
         Plaintiff-Respondent,
         v.
         WILLIAM EARL JOHNSON,
         Defendant-Appellant.